UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES TENNIS ASSOCIATION, INC.,

              Plaintiff,

v.

VSW PRODUCTIONS LLC, M & M FILMS, INC., MAIKEN BAIRD and MICHELLE MAJOR,

             Defendants.
------------------------------------------------------------ X

Case No: :13-cv-4124(ER)

**STIPULATION AND PROPOSED ORDER**

It is hereby stipulated and agreed by the parties hereto, through their undersigned counsel, that the date by which defendants VSW Productions LLC, Maiken Baird and Michelle Major shall answer, move or otherwise respond to the complaint in this action shall be extended up to and including July 19, 2013.

This is the first extension of time requested by the defendants.

Dated: June 19, 2013
New York, New York

DENLEA & CARTON LLP

By: _____
Jeffrey I. Carton, Esq.
Joanna Sandolo, Esq.
One North Broadway, 5th Floor
White Plains, New York 10601
Tel.: (914) 920-7400

*Attorneys for Plaintiff*

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____
Toby M.J. Butterfield, Esq.
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel.: (212) 980-0120

*Attorneys for Defendants VSW Productions LLC, Maiken Baird and Michelle Major*

Dated: June 21, 2013
So Ordered:

_____
U.S.D.J.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2013