**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES TENNIS ASSOCIATION, INC.,

      Plaintiff,

   v.

VSW PRODUCTIONS LLC, M & M FILMS, INC.,
MAIKEN BAIRD and MICHELLE MAJOR,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No: 13-cv-4124 (NSR)

**NOTICE OF MOTION**

*[Handwritten endorsement:]* Defendants VSW Productions LLC, Maiken Baird and Michelle Major's Motion to Dismiss is DENIED without prejudice. The Court is in receipt of the pre-motion letters and will schedule a pre-motion conference. Dated: July 22, 2013

**SO ORDERED:**
/s/ Nelson S. Román
U.S.D.J.

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law and the Declaration of Toby M.J. Butterfield, dated July 19, 2013, Defendants VSW Productions LLC, Maiken Baird and Michelle Major will move this Court, before the Honorable Nelson S. Roman, at the United States Courthouse, 300 Quarropas St., White Plains, New York, at a date and time to be set by the Court, for an order pursuant to Federal Rule of Civil Procedure ("FRCP") 8(a) and 12(b)(6) dismissing the Complaint, in part.

Dated: New York, New York
   July 19, 2013

          FRANKFURT KURNIT KLEIN & SELZ, P.C.

          By: /s/ Toby M.J. Butterfield
            Toby M.J. Butterfield
            Anna Kadyshevich

          488 Madison Avenue, 10th Floor
          New York, New York 10022
          Phone: (212) 980-0120

          *Attorneys for Defendants VSW Productions LLC,*
          *Maiken Baird and Michelle Major*

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2013