**MEMO ENDORSED**

# Denlea & Carton LLP

One North Broadway
Suite 509
White Plains, NY 10601
Tel 914.920.7400
Fax 914.761.1900
www.denleacarton.com

Application GRANTED.
Pre-motion Conference rescheduled to Aug. 7, 2013 at 10:30am.

July 26, 2013    Dated: July 29, 2013

By Facsimile
Hon. Nelson S. Román, U.S.D.J.
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

**SO ORDERED:**

_/s/_
U.S.D.J.
Nelson S. Román

RE: *United States Tennis Association Incorporated v. VSW Productions LLC, et al.*, Civil Action No. 13-cv-4124 (NSR)
Our File No. 1306

Dear Judge Román:

We represent plaintiff United States Tennis Association Incorporated (the "USTA") in the above-referenced action. Further to my telephone conversation this afternoon with Your Honor's clerk, Ms. Gina Sicora, we respectfully request that the Pre-Motion Conference scheduled for August 9, 2013 at 12:00 p.m. be rescheduled to August 7, 2013 at 10:30 a.m. I have conferred with the defendants' counsel, who are also available at this time. If the Court is similarly available, we would appreciate the conference being moved.

Thank you for the Court's anticipated attention to this matter.

Respectfully submitted,

DENLEA & CARTON LLP

_/s/_
Joanna F. Sandolo

cc: Toby M.J. Butterfield, Esq. (by email)
Anny Kadyshevich, Esq. (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2013