UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
UNITED STATES TENNIS ASSOCIATION,
INC.,

                    Plaintiff,

                    v.

VSW PRODUCTIONS LLC, M & M FILMS,
INC., MAIKEN BAIRD and MICHELLE MAJOR,

                    Defendants.
-------------------------------------------------- X

Case No: 7:13-cv-4124 (NSR)

## STIPULATION OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for all parties that have appeared in and remain parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that:

(1) This action is voluntarily dismissed with prejudice against defendants VSW Productions LLC, Maiken Baird and Michelle Major;

(2) This action is voluntarily dismissed without prejudice against defendant M & M Films, Inc.; and

(3) That each party will bear its own costs and attorneys' fees as to the claims dismissed by this Stipulation and Order.

Dated: April 21, 2014
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2014

DENLEA & CARTON LLP

By: ______________________
Jeffrey I. Carton, Esq.
Joanna Sandolo, Esq.
One North Broadway, 5th Floor
White Plains, New York 10601
Tel.: (914) 920-7400

*Attorneys for Plaintiff*

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: ______________________
Toby M.J. Butterfield, Esq.
Anna Kadyshevich, Esq.
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel.: (212) 980-0120

*Attorneys for Defendants VSW Productions LLC, Maiken Baird and Michelle Major*

So Ordered:

April 23rd, 2014
White Plains, NY

______________________
U.S.D.J.